IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>LESLIE MCCREADY, )<br>　　　　　　　　Defendant, )<br> )<br>and )<br> )<br>SHILOH UNITED METHODIST CHURCH )<br>DAYCARE, )<br>　　　　　　　　Garnishee. | CASE NO. DNCW3:11CR000113<br>(Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against the Defendant is DISMISSED.

**SO ORDERED**.

Signed: August 21, 2020

_David S. Cayer_
United States Magistrate Judge